IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY L. WILSON                                              PLAINTIFF

v.                    No. 3:16-cv-310-DPM

LENNY BECKER, Officer, Trumann
Police Department; JONTHAR KISSKS,
Officer, Trumann Police Department; and
DOE, Officer, Trumann Police Department            DEFENDANTS

ORDER

1. Wilson says jail staff refused to sign his application to proceed *in forma pauperis*. № 3. A jail official must complete and sign the certificate and calculation sheet. Wilson's application, № 3, is therefore denied without prejudice.

2. The Court directs the Clerk to send Wilson another application with this Order. Wilson must try again and submit the completed application and certified calculation sheet by 5 January 2017. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If jail officials still refuse to complete and sign the paperwork for Wilson, then Wilson should note on the forms that he's tried twice and submit them to the Court.

3. The Court directs the Clerk to send a copy of this Order to the Poinsett County Sheriff, 1500 Justice Drive, Harrisburg, Arkansas, 72432.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 December 2016