## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ANTHONY L. WILSON**                                     **PLAINTIFF**

v.                                       **No. 3:16-cv-310-DPM**

**LENNY BECKER, Officer, Trumann**
**Police Department; JONTHAR KISSKS,**
**Officer, Trumann Police Department; and**
**DOE, Officer, Trumann Police Department**          **DEFENDANTS**

### ORDER

Wilson hasn't filed a complete application to proceed *in forma pauperis*;

and the time to do so has passed. № 4. His complaint will therefore be

dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis*

appeal from this Order and accompanying Judgment would not be taken in

good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

*10 January 2017*