IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY L. WILSON                                                                PLAINTIFF

v.                              No. 3:16-cv-310-DPM

LENNY BECKER, Officer, Trumann
Police Department; JONTHAR KISSKS,
Officer, Trumann Police Department; and
DOE, Officer, Trumann Police Department                          DEFENDANTS

## JUDGMENT

Wilson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2017